UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| MICHELLE GEORGE,<br><br>  Plaintiff,<br><br>v.<br><br>GALLANT LAW GROUP, P.C.,<br><br>  Defendants. | Case No. 4:25-cv-11399-FKB-DRG<br><br>Honorable Judge F. Kay Behm<br><br>Magistrate Judge David R. Grand |

## **JUDGMENT**

This matter having come before the Court on Plaintiff's Motion for Default Judgment, and the Court having issued its Order Granting Motion for Default Judgment on September 17, 2025, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Plaintiff, Michelle George, and against Defendant, Gallant Law Group, P.C.

2. Plaintiff is awarded actual damages in the amount of $8,513.52, pursuant to 15 U.S.C. § 1679, Mich. Comp. Laws § 445.1824(1), and Mich. Comp. Laws § 445.911(2).

3. Plaintiff is further awarded attorney's fees and costs in the amount of $3,245.85, pursuant to 15 U.S.C. § 1679, Mich. Comp. Laws § 445.1824(1), and Mich. Comp. Laws § 445.911(2).

4. The total judgment entered in favor of Plaintiff and against Defendant is $11,759.37.

5. The Court shall retain jurisdiction over this matter to resolve any disputes concerning enforcement of this Judgment.

SO ORDERED AND ADJUDGED.

Dated: September 29, 2025        <u>s/ F. Kay Behm</u>
                                                        F. Kay Behm
                                                        United States District Judge